UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVE J. LIEBRICH, <br><br> Plaintiff, <br><br> v. <br><br> NEWREZ, LLC; DEUTSCHE NATIONAL TRUST COMPANY, as Trustee for SOUNDVIEW HOME LOAN TRUST 2006-OPTS, ASSET BACKED CERTIFICATES, SERIES 2006-OPTS; QUALITY LOAN SERVICE CORP. OF WASHINTON; and DOES 1–10, <br><br> Defendants. | CASE NO. 2:20-cv-01031-BJR <br><br> ORDER GRANTING VOLUNTARY DISMISSAL OF CASE |

Before the Court is Plaintiff's Notice of Voluntary Dismissal Against All Defendants. Dkt. No. 10. All of Plaintiff's claims against the named defendants are dismissed without prejudice.

DATED this 13th day of July, 2020.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

1